JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/25/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NELSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NISSAN NORTH AMERICA, INC., a California) corporation,<br><br>　　　　Defendants. | CASE NO. 5:20-cv-00351-JAK-KK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The Court has reviewed the Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff DAVID NELSON ("Plaintiff") and Defendant NISSAN NORTH AMERICA, INC. ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint in the above-referenced action shall be and hereby is dismissed with prejudice. Pursuant to the Stipulation, the Parties shall each bear their own respective fees and costs.

IT IS SO ORDERED.

Dated: March 25, 2020          _____
                                John A. Kronstadt
                                United States District Judge